**Darshan R. Shah**
4 Shire Court, Greenlawn, NY 11740
Ph: 631 651 8405 Fax: 631 418 8372, Email: drshah28@gmail.com
India Cell Numbers: 011-91-99200-28829

**Via Facsimile & Email**

January 16th, 2011

Hon. Judge Alan S. Trust
Courtroom 960
United States Bankruptcy Court
Alfonse D'Amato Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722

Re: Case Number 810-76387-AST

Dear Judge Trust:

My name is Darshan R. Shah and I am presently writing this letter from India. I am making a request to adjourn the hearing for Ada Inflight Catering Corp., which is to be held in your honor's court on January 20th, 2011.

The reasons for this request are simple:

A.      Over the past two years, I have not worked. As I mentioned to Mr. Yang when I attended the past hearing that I was going to India. I was not aware that I would have to extend my trip.
B.      More importantly, presently, I have an opportunity to be able to revive Ada Inflight Catering Corp by possibly getting the catering agreement for Air India.
C.      Lastly, I have an opportunity to be able to possibly obtain some funding from India which will take care of all the creditors as I am have not been able to obtain funding in the States. This would also mean re-employment for our employees that have been let go including myself.

I realize that I am under subpoena however, I would like to bring the Court's attention that I was never notified of any of the past hearings from Ms. Weiss's office. She said that it was because all the notices were going to Mr. Alan Grossman and she was not aware either. The only court date that I was informed about, I attended. The date was adjourned due to the fact that Mr. Grossman was not there. I have never asked for any dates to be adjourned, however, if I come there, I will loose the momentum that I feel will culminate into an approval of our loan.

Moreover, all of India has a tax deadline filing date of March 31st; meaning, that institutions are more aggressive with their funding at this time. Ideally, would be great if the court could give me until then. If not, I would certainly appreciate it greatly if the court could give me until February 28th at least. Upon returning to United States, I will personally come the same day to Mr. Yang and do the needful. I appreciate your consideration in this matter.

-2-

I will call the court's general number and obtain the fax number for your honor's chambers. I will notify Mr. Yang via fax and email. I will do the same for your honor. After inquiring from Federal Express, I was informed that it would take at least three business days for my letter to reach. Therefore, I will fax and email the letters.

Again, I would greatly appreciate this consideration and hope that your honor considers my request as I simply will not be able to attend.

Thanking you again

Sincerely,

Darshan R. Shah, GM
cc: Mr. Stan Yang
Mr. Tracy H. Davis

**Darshan R. Shah**
4 Shire Court, Greenlawn, NY 11740
Ph: 631 651 8405 Fax: 631 b418 8372
Email: drshah28@gmail.com
India Cell Numbers: 011-91-99200-28829

**Via Fax and Email**

January 16th, 2011

Mr. Stan V. Yang, Trial Attorney
Tracy H. Davis, United States Trustee
United States Bankruptcy Court
Alfonse D'Amato Federal Court House
560 Federal Plaza
Central Islip, NY 11722

Re: Case Number 810-76387-AST

Dear Stan Yang/Tracy Davis:

My name is Darshan R. Shah and I am presently writing this letter to both of you from India. I am sending you a copy of a request that I have sent to Judge Trust for an adjournment of our hearing. I would greatly appreciate your understanding in this matter.

As I am in India, I will not be able to attend the hearing scheduled for January 20th, 2011. I was going to send these documents via Federal Express however, I was informed that they would not reach until the 20th. I am therefore sending them via fax and email to Honorable Judge Trust, Mr. Davis and you.

I feel that this time, I would be able to obtain the necessary funding to save our company. Originally, I was scheduled to come there on the January 14th, in time for the hearing, however, I had to delay my departure. Due to all the holidays, we really were not able to accomplish much until recently.

I am also sending you a copy of the letter that I have sent to Judge Trust. Again, your help in this matter is greatly appreciated.

Lastly, should you need me to attend, I will be glad to attend via telephone from India. I just would need the specifics of how I can do that.

Thanking you again.

Sincerely,

Darshan R. Shah, GM
Ada Inflight Catering Corp